[No. 9663-3-II.   Division Two.   December 9, 1987.]

WAYNE E. BARNES, ET AL, *Respondents,* v. CLINTON F. CAPPS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-05383-3, Rosanne Buckner, J., entered March 7, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kruse and Strophy, JJ. Pro Tem.

[No. 8031-5-III.   Division Three.   December 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHERYL S. RUBIO, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 85-1-00092-9, Clinton J. Merritt, J., entered July 3, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8138-9-III.   Division Three.   December 10, 1987.]

*In the Matter of the Marriage of* LESLIE D. KENNEY, *Respondent, and* THEODORE L. KENNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-3-00225-2, Albert J. Yencopal, J., entered September 23, 1986. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.